Case 4:23-cr-00523 Document 5 Filed on 11/02/23 in TXSD Page 1 of 1

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States District Court
Southern District of Texas
**ENTERED**
November 02, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § v. § § XU ZEWEI (徐泽伟) § § § § § § § § § § § § | CRIMINAL NO: **4:23-cr-00523-1** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A <u>CRIMINAL INDICTMENT</u> has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

XU ZEWEI (徐泽伟)

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on <u>November 02, 2023</u>.

*Christine A Boyan*
UNITED STATES MAGISTRATE JUDGE