**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | |
| | § | CRIMINAL NO. 4:23-CR-00523 |
| XU ZEWEI, and | § | |
| ZHANG YU | § | |
| | § | |
| | § | |

**NOTICE OF APPEARANCE**

Undersigned counsel, Dan L. Cogdell, a member of the bar of this Court, enters his appearance as counsel for defendant Xu Zewei.

Respectfully submitted,

**COGDELL LAW FIRM, PLLC**

*/s/ Dan L. Cogdell*
Dan L. Cogdell
Texas Bar No.  04501500
Cogdell Law Firm
712 Main St., Suite 2400
Houston, TX 77002
Telephone: 713-426-2244
dan@cogdell-law.com

**ATTORNEY FOR DEFENDANT
XU ZEWEI**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all attorneys via the Court's electronic notification system on this the 27th day of April 2026.

*/s/ Dan L. Cogdell*
Dan L. Cogdell