**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas

**ENTERED**

April 27, 2026

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:23−cr−00523 |
| | § | |
| | § | |
| Xu Zewei | § | |
| | § | |

## DOCKET CONTROL ORDER

1.    MOTIONS will be filed by                                      May 18, 2026

2.    RESPONSES will be filed by                                May 28, 2026

3.    Proposed voir dire and charge to be filed by      June 25, 2026

4.    PRETRIAL CONFERENCE set for                        July 2, 2026 at 02:30 PM

5.    JURY selection and TRIAL set for                        July 6, 2026 at 09:00 AM

6.    Speedy trial limits waived? (yes/no)                  Yes

7.    Estimated Trial Time:                                            2 weeks

Direct questions about this schedule to Lisa Edwards, Case Manager to United States District Judge Alfred H. Bennett, at Lisa_Edwards@txs.uscourts.gov or (713) 250-5850.

SIGNED on April 27, 2026, at Houston, Texas.

Richard W. Bennett
United States Magistrate Judge