**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**XU ZEWEI** | **CRIMINAL NO.: 4:23-cr-523** |

**ORDER DESIGNATING**
**CLASSIFIED INFORMATION SECURITY OFFICER**

Upon consideration of the United States' Motion to Designate a Classified Information Security Officer ("CISO"), pursuant to the Classified Information Procedures Act, 18 U.S.C. app. III ("CIPA") and Section 2 of the 2010 Revised Security Procedures established by the Chief Justice of the United States (Dkt. _____), and for good cause shown, it is hereby:

ORDERED that Winfield S. "Scooter" Slade is designated as the CISO in this case, to perform the duties and responsibilities prescribed in the Revised Security Procedures promulgated by the Chief Justice; and it is further

ORDERED that the following individuals are designated as Alternate CISOs, to fulfill such duties and responsibilities in the event Mr. Slade is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

SO ORDERED on _____, in Houston, Texas.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE