United States District Court
Southern District of Texas
**ENTERED**
May 27, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>XU ZEWEI | CRIMINAL NO.: 4:23-cr-523 |

### PROTECTIVE ORDER GOVERNING THE
### MATERIALS AND INFORMATION PROVIDED IN DISCOVERY

This matter is before the Court on the motion of the United States seeking a protective order pursuant to Federal Rule of Criminal Procedure 16(d)(1). Doc. #24. The Court, having considered the Motion (Doc. #24), the facts and applicable law, and being otherwise sufficiently advised, is of the opinion that the Motion is GRANTED.

THE COURT FINDS that the government has demonstrated "good cause," pursuant to Federal Rule of Criminal Procedure 16(d)(1), for the Court to enter this Protective Order.

THE COURT FINDS that the materials and information produced by the government in discovery ("discovery information") will contain sensitive information and restricting its handling, release, and dissemination will not likely prejudice the defendant.

THREFORE, IT IS ORDERED that the defendant and his attorney (and counsel's support personnel and defense experts) in this case may not release or disseminate any discovery information to any person.

IT IS FURTHER ORDERED that "sensitive information" shall include, but not be limited to: personal identifying and confidential information, such as individuals' names, dates of birth, Social Security numbers, physical addresses, and other individually identifiable information; cybersecurity practices of any individual or entity, including potential vulnerabilities, past or

present, and user credentials; materials related to sensitive law enforcement techniques; materials related to ongoing investigations; and any other sensitive law enforcement information, such as actual or cover names, identifiers, or online account names used by an FBI Confidential Human Source ("CHS"), FBI Undercover Employee ("UCE"), or FBI Online Covert Employee ("OCE"), as well as any descriptors, photographs, or video/audio recordings that could reasonably lead to an inference of the identity of an FBI CHS, UCE, or OCE.

IT IS FURTHER ORDERED that the defendant is permitted to inspect or review sensitive discovery information when meeting with the defendant's counsel or a designated employee of defense counsel without prior permission from this Court. However, defense counsel or a designated and identified employee of defense counsel must be with the defendant at all times while the defendant is reviewing sensitive discovery information, unless otherwise authorized by this Court. The defendant cannot retain sensitive discovery information.

IT IS FURTHER ORDERED that any document filed by any party which attaches or otherwise discloses discovery information marked as sensitive, will be filed under seal and, if necessary, with other handling caveats, to the extent necessary to protect such information, absent prior permission from this Court

IT IS FURTHER ORDERED that the defendant must provide the government with fourteen (14) days written notice prior to the disclosure of discovery information to anyone other than defendant and his counsel (and counsel's support personnel and defense experts). Such notice shall include the discovery information to be disclosed, the person to whom the information will be disclosed, and the purpose of such disclosure.

IT IS FURTHER ORDERED that defense counsel shall store all discovery information in a secure location in their offices and shall return such material to the government at the conclusion

of this case, to include any appeal that may result.

SO ORDERED on _____ MAY 2 7 2026 _____ , in Houston, Texas.

_____
HONORABLE ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE