**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:23-cr-523** |
| | § | |
| | § | |
| | § | |
| **XU ZEWEI** | § | |

**UNOPPOSED MOTION FOR STATUS CONFERENCE & TO CONTINUE**
**TRIAL AND RELATED DATES**

Defendant Xu Zewei moves this Court to convert the current pretrial conference setting of July 2, 2026, at 2:30 p.m., to a status conference. Mr. Xu further requests that the trial and related deadlines be continued to an appropriate date to be determined following a discussion between the parties and the Court regarding the government's production schedule and Classified Information Procedures Act ("CIPA") concerns. In support of this request, counsel shows as follows.

The government indicted Mr. Xu, a Chinese citizen, nearly three years ago on November 2, 2023. *See* ECF No. 1. The indictment charges Mr. Xu with wire fraud (and wire fraud conspiracy), obtaining information by unauthorized access to protected computers (and conspiracy to do so), intentional damage to a protected computer, and aggravated identity theft. *See id.* The government had Mr. Xu arrested by Italian authorities a year ago on July 3, 2025, while he was on a post-partum vacation following the birth of Mr. Xu's first and only child. *See* ECF (July 3, 2025). The government then completed its extradition of Mr. Xu to the United States in April of this year, and Mr. Xu initially appeared for proceedings in this district on April 27, 2026. *See* ECF (Apr. 27, 2026). On that same date, this Court set a docket control order setting a motion filing date of May 18, 2026, a pretrial conference date of July 2, 2026, and a trial date of July 6, 2026. *See* ECF No. 13. The government then moved to detain Mr. Xu solely on the basis of flight risk because Mr.

Xu is a foreign national with no ties to the United States.  On April 30, 2026, Magistrate Judge Bennett ordered Mr. Xu to be detained pending trial.  *See* ECF No. 21.

On April 29, 2026, the government filed a motion for a pretrial conference and designation of CISO under CIPA that remains pending.  *See* ECF No. 18.  On April 30, 2026, the government filed an agreed motion to certify this case as complex, which also remains pending.  *See* ECF No. 18.  The government produced first rounds of discovery to the defense on May 29, 2026, and June 3, 2026.  However, much of the discovery production in this case remains outstanding.

Counsel for Mr. Xu respectfully requests that this Court convert the current pretrial conference date to a status conference in order for the parties to confer with the Court as to an efficient and appropriate schedule in this case, particularly in light of the deprivation of liberty Mr. Xu is experiencing due to his pretrial detention.  Counsel for Mr. Xu further requests a status conference for the Court to rule on the pending motions and discuss the CIPA process for this case. Mr. Xu respectfully submits that the best interests of justice served by granting this motion for a status conference and to continue trial and related dates substantially outweigh the interests of the defendant and the community in a speedy trial.  Failure to grant this motion and a continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is Unopposed to this Motion for Status Conference and to Continue Trial and Related Dates.

*[Signature on next page]*

Respectfully submitted,

**COGDELL LAW FIRM, PLLC**

*/s/ Dan Cogdell*
Dan Cogdell
Texas Bar No. 04501500
dan@cogdell-law.com
Aisha Dennis
Texas Bar No. 24128655
aisha@cogdell-law.com
712 Main St., Suite 2400
Houston, Texas 77002
Office: (713) 426-2244
Facsimile: (713) 426-2255

**COUNSEL FOR DEFENDANT XU ZEWEI**

## CERTIFICATE OF CONFERENCE

Counsel for Defendant has conferred with Assistant United States Attorneys Mark Mcintyre and Matthew Anzaldi and determined that the Government is unopposed to this Motion for Status Conference and to Continue Trial and Related Dates.

*/s/ Dan Cogdell*
Dan Cogdell

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via the Court's electronic notification system on this the 29th day of June 2026.

*/s/ Dan Cogdell*
Dan Cogdell