**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Case No. 4:23-cr-523** |
| | § | |
| | § | |
| | § | |
| **XU ZEWEI** | § | |

## <u>ORDER SETTING STATUS CONFERENCE</u>

Before this Court is the Defendant's Unopposed Motion for Status Conference and to Continue Trial and Related Dates. The Court hereby GRANTS the motion.

A status conference is set for: July 2, 2026, at 2:30 p.m.

All other deadlines will be reset following the status conference.

Signed on _____, 2026.

_____
**THE HONORABLE ALFRED H. BENNETT**
**UNITED STATES DISTRICT JUDGE**