AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:23-cr-523 |
| XU ZEWEI | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA                                                                 .

Date:      06/29/2026

/s/ Matthew A. Anzaldi
*Attorney's signature*

Matthew A. Anzaldi (DC 455515)
*Printed name and bar number*

United States Department of Justice
National Security Division
950 Pennsylvania Ave., N.W.
Washington D.C. 20530
*Address*

matthew.anzaldi@usdoj.gov
*E-mail address*

(202) 353-0452
*Telephone number*

*FAX number*