**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | **No. 4:23-cr-523** |
| **XU ZEWEI** | § | |

**XU ZEWEI'S MOTION FOR RETURN OF PROPERTY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 41(g) AND THE FOURTH AMENDMENT**

Defendant Xu Zewei moves for the return of the cell phone seized by Italian authorities on behalf of the United States government from his person after being taken into custody in Italy.

**Relevant Facts**

Mr. Xu was arrested on behalf of the U.S. government by Italian authorities in Milan, Italy on July 3, 2025. *See* Defense Exhibit 1, Affidavit in Support of Extradition at 5. In connection with his arrest and on behalf of the U.S. government, Mr. Xu's cell phone was seized. *See* Defense Exhibit 2, U.S. Embassy Diplomatic Note at 4. No warrant was issued for the seizure or search of Mr. Xu's cell phone. To date—15 months after it was seized—the U.S. government currently maintains possession of Mr. Xu's cell phone.

Mr. Xu now moves pursuant to Federal Rule of Criminal Procedure 41(g) and the Fourth Amendment for an order directing the government to return his cell phone.

**Legal Standard**

Federal Rule of Criminal Procedure 41(g) provides:

> A person aggrieved . . . by the deprivation of property may move for the property's return. The motion must be filed in the district where the property was seized. The court must receive evidence on any factual issue necessary to decide the motion. If it grants the motion, the court must return the property to the movant, but may impose reasonable conditions to protect access to the property and its use in later proceedings.

Fed. R. Crim. P. 41(g). "The Fourth Amendment protects the right of the people to be secure in their persons, houses, papers, *and effects*, against unreasonable searches and seizures." *United States v. Place*, 462 U.S. 696, 700 (1983) (cleaned up) (emphasis in original). "In the ordinary case, the Court has viewed a seizure of personal property as *per se* unreasonable within the meaning of the Fourth Amendment unless it is accomplished pursuant to a judicial warrant issued upon probable cause and particularity describing the items to be seized." *Id.* at 701.

## **Argument**

Counsel for Mr. Xu is unaware of any lawful basis by which the government has retained possession of Mr. Xu's cell phone that was seized without a warrant. Accordingly, Mr. Xu respectfully moves for the return of his property pursuant to Federal Rule of Criminal Procedure 41(g) and the Fourth Amendment. In the event that the government makes a belated attempt to apply for a search and seizure warrant of Mr. Xu's cell phone, Mr. Xu requests the opportunity to participate and be heard in that process.

## **Conclusion**

In light of the foregoing, this Court is requested to grant Mr. Xu's motion for the return of his property, and to order the government to return Mr. Xu's cell phone to his counsel without delay.

*[Intentionally left blank]*

Respectfully submitted,

**COGDELL LAW FIRM, PLLC**

*/s/ Dan Cogdell*
Dan Cogdell
Texas Bar No. 04501500
dan@cogdell-law.com
Aisha Dennis
Texas Bar No. 24128655
aisha@cogdell-law.com
712 Main St., Suite 2400
Houston, Texas 77002
Office: (713) 426-2244
Facsimile: (713) 426-2255

**COUNSEL FOR DEFENDANT XU ZEWEI**

## CERTIFICATE OF CONFERENCE

I certify that on September 30, 2026 Attorney Aisha Dennis of my firm conferred with Assistant United States Attorneys Mark McIntyre, Matthew Anzaldi, and Craig Feazel regarding the return of Mr. Xu's cell phone. Based upon that conversation, it is our understanding that the United States is opposed to this motion.

*/s/ Dan Cogdell*
Dan Cogdell

## CERTIFICATE OF SERVICE

I certify that October 1, 2026, a copy of the foregoing motion was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorneys Mark McIntyre, Matthew Anzaldi, and Craig Feazel at 1000 Louisiana Street, Suite 2300, Houston, Texas 77002, and by email and electronic filing to the parties on record.

*/s/ Dan Cogdell*
Dan Cogdell