# 无犯罪记录证明

嵊公（三）证字〔2025〕51384号

徐泽伟:

经查，被查询人：徐泽伟，国籍：中国，证件名称：身份证，证件号码：33068319920226003X，（在 1992年 02月 26日至 2025年 07月 28日期间），  未发现有犯罪记录 。

使用公安一网通办APP扫码

查询办理进度

核验证明信息

020133060020250728172134295464OO

单位（盖章）

2025年 7月 28日

嵊州市公安局

三江派出所

33068310020667

注：1、此证明书只反映出具证明时信息查询平台内的犯罪记录信息情况，不用于诉讼、仲裁。

2、如未注明查询时间范围，即查询全时段信息。

3、此证明书自开具之日起3个月内有效。

EXHIBIT

1