**Personal Statement from Xu Zewei's wife**

Your Honor,

I am Chen Jiaying, the wife of Xu Zewei. We have a 17-month-old daughter. Xu Zewei is a kind and responsible person who took excellent care of our daughter.

My family, though missing Zewei very much, are unable to visit him in the United States due to our visa situation. This means that if he remains in custody for a long time, with no video visitation available at the Texas facility, he will have no way to see his daughter for years or even decades. If he is released on bond, he can at least watch her grow up through video calls. For a father, this means everything.

Regarding the risk of flight: Xu Zewei has no reason to flee, and no way to do so. He does not have his passport. He has no hidden funds. He understands that fleeing would forfeit his bond, bring additional charges, and destroy any chance of a favorable resolution. He wants to face this case properly — not run from it.

We solemnly promise that if he is granted bond, we will cooperate with all measures to prevent flight — including GPS ankle monitoring, restricted residence, regular check-ins, and any other conditions the Court deems necessary. He is a man of his word and will comply with every requirement.

We respectfully ask for your humane consideration.

Thank you.

Yours sincerely,

Chen Jiaying

EXHIBIT

2