

EXHIBIT

3








五月花
好運連連
五月花



