BY THE BOOK
RECOVERY CENTERS

To Whom It May Concern,

This letter serves as an official confirmation of acceptance for Mr. Zewei Xu into the By The Book Recovery property located at 2209 Ella Blvd. as of today, April 29, 2026.

During his stay at our facility, Mr. Xu will be required to attend five Alcoholics Anonymous (AA) meetings per week, as well as participate in both morning meditation and nightly reflections five times per week. In addition, he will be subject to random drug testing, which will occur a minimum of six times per month.

By The Book Recovery provides a high-structure, high-accountability sober living environment. Our Ella Blvd. location is staffed with two on-site personnel to ensure consistent support and oversight.

Mr. Xu has agreed to reside at By The Book Recovery until further notice. Should you require any additional information or have further questions, please do not hesitate to contact me directly.

Sincerely,

Matthew Irwin
Chief Operating Officer
By The Book Recovery
Phone: 832-418-1822
Email: matt@bythebookrecovery.com

EXHIBIT
4