BODINE
RECOVERY HOMES

402 W. 28th Street | Houston, TX 77008 | bodinerecoveryhomes.com

November 8, 2026

Via Email: aisha@cogdell-law.com

Aisha Dennis, Attorney
Cogdell Law Firm, PLLC
712 Main Street, Suite 2400
Houston, Texas 77002

**Re: Conditional Residential Acceptance — Mr. Zewei Xu**

Dear Ms. Dennis:

This letter confirms that Bodine Recovery Homes is willing to conditionally accept Mr. Zewei Xu for residence at our Heights location, 402 W. 28th Street, Houston, Texas 77008, should the federal court authorize his release to this address and all applicable admission and supervision requirements be satisfied.

Bodine Recovery Homes operates a structured, abstinence-based sober living residence with on-site house management, established house rules, and resident accountability. The residence is shared housing and is not a detention facility, licensed inpatient treatment program, or provider of around-the-clock security or court supervision.

If admitted, Mr. Xu would be expected to comply with the following resident requirements:

- Remain abstinent from alcohol and unauthorized or illicit drugs and submit to random drug and alcohol testing under house policy.
- Attend at least four recovery-support meetings per week and participate in weekly house meetings.
- Observe established curfews, maintain assigned chores and shared living areas, and treat residents and staff respectfully.
- Follow all house policies, including rules governing visitors, overnight absences, and conduct.
- Comply independently with all conditions imposed by the court and supervising authorities, including any GPS monitoring, reporting, travel, residence, or electronic-device restrictions.

Our willingness to provide housing is contingent upon a satisfactory intake and suitability review, Mr. Xu's voluntary agreement to participate in this recovery-focused living environment, availability of a bed, agreed financial arrangements, and written approval of the placement by the court and any responsible supervising agency.

Bodine Recovery Homes can communicate reasonable residence-related information to authorized parties as permitted by law and any appropriate consent. We cannot independently guarantee compliance with release conditions, provide continuous monitoring, or assume the responsibilities of Pretrial Services or other federal authorities. Any violation of house rules may result in action under our resident policies, including termination of residency.

We appreciate the opportunity to be considered as a potential residential placement. Please contact me if the court or your office requires additional information about the residence or its policies.

Sincerely,

Ted Broomes
Owner / Operator
Bodine Recovery Homes

*Proposed placement only — subject to court approval and completion of admission requirements.*