**THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal Action No. 4:23-cr-523** |
| | § | |
| **XU ZEWEI** | § | |

**O R D E R**

The Court has considered Defendant Zewei Xu's Motion to Revoke Order of Detention Pending Trial. That motion is GRANTED.

This Court has weighed the factors required under 18 U.S.C. § 3142(g) and finds that Mr. Xu can be released on bond once conditions are set. It is ORDERED that Mr. Xu shall be scheduled to appear before a United States Magistrate Judge to have conditions of release set.

SIGNED at Houston, Texas, on this ______ day of ____________, 20____.

______________________________________
**THE HONORABLE ALFRED H. BENNETT**
**UNITED STATES DISTRICT JUDGE**